IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

COASTAL LOGISTICS, INC.,

    Plaintiff,

v.

AIM STEEL INTERNATIONAL, INC.,

    Defendant.

CIVIL ACTION NO.: 4:15-cv-177

**O R D E R**

On January 31, 2017, the Court stayed this case due to the Defendant's voluntary filing of a petition in the United States Bankruptcy Court for the Northern District of Georgia. (Doc. 33.) Absent a status report on October 11, 2018, no action has occurred in this case since that Order. Accordingly, the parties are hereby **ORDERED** to file a joint status report within **twenty-one (21) days** of the date of this Order. In that report, the parties should address the status of this case and the bankruptcy petition and should state their respective positions as to whether this case should remain stayed.

**SO ORDERED**, this 6th day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA