IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COASTAL LOGISTICS, INC., | |
| Plaintiff, | CIVIL ACTION NO.: 4:15-cv-00177 |
| v. | |
| AIM STEEL INTERNATIONAL, INC., | |
| Defendant. | |

**O R D E R**

On January 31, 2017, this case was stayed due to Defendant's filing of a voluntary petition in the United States Bankruptcy Court for the Northern District of Georgia, (doc. 33). See In re AIM Steel International, Inc., 16-67661 (Bankr. N.D. Ga. filed Oct. 3, 2016). The Court has recently reviewed the docket for the bankruptcy proceeding and it appears that the proceeding has concluded.[1] Accordingly, the Court **ORDERS** Plaintiff to advise the Court of the status of this case within **TWENTY-ONE (21) DAYS** of the date of this Order.

**SO ORDERED**, this 22nd day of December, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] When the case was stayed, Plaintiff was directed to immediately notify the Court in the event the Bankruptcy Court granted relief from the stay, closed the case, or dismissed Defendant's petition. (Doc. 33.)