IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COASTAL LOGISTICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AIM STEEL INTERNATIONAL, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:15-cv-177 |

## O R D E R

Plaintiff Coastal Logistics, Inc. ("Coastal Logistics") filed this action against Defendant AIM Steel International, Inc. ("AIM"). (Doc. 1.) While AIM initially filed an Answer, (see doc. 6), its Answer was later stricken, (doc. 30), and the Clerk subsequently entered AIM into default, (doc. 31). Shortly thereafter, the Court learned that AIM had filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Georgia and the Court stayed this case pursuant to 11 U.S.C. § 362. (Doc. 33.) After learning that the bankruptcy proceeding has concluded, the Court recently ordered Coastal Logistics to advise the Court of the status of this case. (Doc. 41.) In response, Coastal Logistics filed a Motion to Dismiss Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), which is presently pending before the Court. (Doc. 42.)

In its Motion to Dismiss Without Prejudice, Coastal Logistics "notes its understanding that [AIM] has no liability insurance or other assets by which a judgment could be satisfied." (Doc. 42, p. 1.) Accordingly, it "has concluded that further litigation of this matter would constitute a waste of judicial resources." (Id.) AIM—which is presently unrepresented by counsel, despite the Court's repeated directive that it obtain counsel, (see docs. 27, 29, 30)—has not filed any sort of response to the Motion to Dismiss; as a result, it has neither objected to nor requested that any special terms be placed upon the dismissal. The Court also notes that no counterclaims or cross-claims are pending.

Accordingly, the Court **DIRECTS** the Clerk of Court to **LIFT** the stay of this case. The Court **GRANTS** Plaintiff's Motion to Dismiss, (doc. 42), **DISMISSES** the action **WITHOUT PREJUDICE**, and **DIRECTS** the Clerk to **TERMINATE** all other pending motions, (doc. 32), and **CLOSE** the case.

**SO ORDERED**, this 27th day of January, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA